26cr00052
Judge Jorge L. Alonso
Magistrate Judge M. David Weisman
Random Cat 4

FILED
2/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE KNIGHT | Case No.<br><br>Violations: Title 18, United States Code, Section 922(g)(1); Title 21, United States Code, Section 841(a)(1) |

### COUNT ONE

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about October 28, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KYLE KNIGHT,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock 19 nine-millimeter pistol bearing serial number AHDZ909, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about October 28, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KYLE KNIGHT,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of psilocybin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 19 nine-millimeter pistol bearing serial number AHDZ909, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY

3